UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
DIANE BLAS, as Trustee of the RAY & VIRGINIA
HUNTER INTERVIVOS TRUST, Derivatively On :
Behalf of Nominal Defendant,
                                                         :
         Plaintiff,
                                                  :   Civil Action No. _____
    vs.
                                                  :
E. STANLEY O'NEAL, AHMASS L. FAKAHANY,
GREGORY J. FLEMING and JEFFREY N.
EDWARDS,
                                                  :
         Defendants,
                                                  :
         and
                                                  :
MERRILL LYNCH & CO., INC.,
                                                  :
         Nominal Defendant.    :
------------------------------------- x

**MERRILL LYNCH & CO., INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Nominal Defendant Merrill Lynch & Co., Inc. hereby states by and through its undersigned counsel that it is a publicly held company whose shares are traded on the New York Stock Exchange and there is no publicly held corporation that owns 10% or more of its stock.

/s/
_____
Edward P. Welch (I.D. No. 671)
Paul J. Lockwood (I.D. No. 3369)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Tel.: 302-651-3000
Fax: 302-651-3001
E-mail: plockwoo@skadden.com

*Attorneys for Merrill Lynch & Co., Inc.*

*Of the New York Bar:*

Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel.: 212-735-3000
Fax: 212-735-2000


DATED: January 9, 2008