UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
DIANE BLAS, as Trustee of the RAY & VIRGINIA :
HUNTER INTERVIVOS TRUST, Derivatively On
Behalf of Nominal Defendant,
:
           Plaintiff,
:    Civil Action No. 08-015
        vs.
:
E. STANLEY O'NEAL, AHMASS L. FAKAHANY,
GREGORY J. FLEMING and JEFFREY N.
EDWARDS,
:
           Defendants,
:
        and
:
MERRILL LYNCH & CO., INC.,
:
           Nominal Defendant.    :
------------------------------------- x

**MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF THE
<u>JUDICIAL PANEL ON MULTIDISTRICT LITIGATION</u>**

       Nominal Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), by and through its undersigned counsel, on its own behalf and for the benefit of all defendants, hereby moves this Court for an Order staying all proceedings in the above-captioned matter until ten (10) days after the Judicial Panel on Multidistrict Litigation has taken final action on Defendants' request that the above-captioned case be transferred, pursuant to 28 U.S.C. § 1407, for coordination for pretrial purposes to the United States District Court for the Southern District of New York, where 17 other related federal actions are currently pending.

       Merrill Lynch shall rely upon the accompanying Memorandum in Support of the Motion to Stay Proceedings Pending Determination of the Judicial Panel on Multidistrict

Litigation, the January 14, 2008 Declaration of Scott D. Musoff and the exhibits annexed thereto and upon the pleadings and all prior proceedings had herein. A proposed form of Order is submitted herewith.

Pursuant to Local Rule 7.1.1, attorneys for Merrill Lynch state that they have made a reasonable effort to reach agreement with attorneys for Plaintiff concerning the matters set forth in this motion.

*/s/ Paul J. Lockwood*
Edward P. Welch (I.D. No. 671)
Paul J. Lockwood (I.D. No. 3369)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Tel.: 302-651-3000
Fax: 302-651-3001
E-mail: Paul.Lockwood@skadden.com

*Attorneys for Merrill Lynch & Co., Inc.*

*Of the New York Bar:*

Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel: 212-735-3000
Fax: 212-735-2000

Dated: January 14, 2008