UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DIANE BLAS, as Trustee of the RAY & VIRGINIA HUNTER INTERVIVOS TRUST, Derivatively On Behalf of Nominal Defendant,

        Plaintiff,

        vs.

E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING and JEFFREY N. EDWARDS,

        Defendants,

        and

MERRILL LYNCH & CO., INC.,

        Nominal Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 08-015

**PROPOSED ORDER**

This matter having been presented to the Court upon the motion of Nominal Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch") for an Order staying all proceedings in this matter until ten (10) days after the Judicial Panel on Multidistrict Litigation (the "MDL Panel") has rendered a final determination on Merrill Lynch's motion to transfer this action, among other things, to the United States District Court for the Southern District of New York for consolidation or coordination with 17 other related federal actions currently pending there and to so designate those actions as MDL [___]: *In re Merrill Lynch & Co., Inc. Securities, ERISA and Derivative Litigation* (the "Requested MDL Proceeding"); and the court having considered Merrill Lynch's Memorandum in Support of the Motion to Stay Proceedings Pending

Determination of the Judicial Panel on Multidistrict Litigation, the January 14, 2008 Declaration of Scott D. Musoff and the exhibits attached thereto, and all other papers submitted in support of or in opposition to, the same motion, and the arguments of counsel, if any, and for good cause shown;

    IT IS on this ___ day of _____, 2008,

    ORDERED that Merrill Lynch's motion for a stay of all proceedings until ten (10) days after the final determination by the MDL Panel on Merrill Lynch's Motion to Transfer this matter, among other things, to the Requested MDL Proceeding shall be and hereby is GRANTED.

_____
U.S. District Court Judge