UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
DIANE BLAS, as Trustee of the RAY & VIRGINIA
HUNTER INTERVIVOS TRUST, Derivatively on
behalf of the Nominal Defendant                    Civil Action No. 08-015

                Plaintiff,


       --against --


E. STANLEY O'NEAL, AHMASS L. FAKAHANY,
GREGORY J. FLEMING, and JEFFREY N.
EDWARDS
                Defendants,

       --and--


MERRILL LYNCH & CO., INC..,


                Nominal Defendant.
-----------------------------------------------------------------x


### NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE 41(A)

    PLEASE TAKE NOTICE that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

Dated: January 22, 2008

2

        **BIGGS AND BATTAGLIA**

        **BY:** /s/ Robert D. Goldberg
        Biggs and Battaglia
        921 North Orange Street
        Wilmington, DE 19899
        (302) 655-9677
        Counsel For Diane Blas

**OF COUNSEL**

Laurence D. Paskowitz
**PASKOWITZ & ASSOCIATES**
60 East 42nd Street—Suite 4600
New York, NY 10165
212-685-0969

Roy L. Jacobs
**ROY JACOBS & ASSOCIATES**
60 East 42nd Street, 46th Floor
New York, NY 10165
212-867-1156

Samuel R. Simon
**JACOBS LAW GROUP, PC**
1800 JFK Blvd, Suite 404
Philadelphia PA 19103-7405
215- 569-9701